# LANDIS RATH & COBB LLP

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

919 MARKET STREET, SUITE 1800
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Adam G. Landis
Direct Dial: (302) 467-4410
Email: landis@lrclaw.com

Telephone: (302) 467-4400
Facsimile: (302) 467-4450

April 23, 2018

**VIA HAND DELIVERY AND ECF FILING**
Honorable Mary F. Walrath
United States Bankruptcy Court
District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

Re: *RCS Creditor Trust v. Schulte Roth & Zabel LLP* Adv. Pro. 18-50204 (MFW)

Dear Judge Walrath:

This firm represents defendant, Schulte Roth & Zabel LLP ("Defendant"), in the above-captioned adversary proceeding (the "Adversary Proceeding"). I write with respect to the pretrial status conference scheduled for April 24, 2018.

Defendant requests that the Court defer entering a scheduling order in the Adversary Proceeding until this Court's disposition of Defendant's Motion for Order Transferring Adversary Proceeding Under 28 U.S.C. § 1412 and Fed. R. Bank. P. 7087 (the "Motion to Transfer"), which has been fully briefed (*see,* Notice of Completion of Briefing [D.I. 16]).

Because the Adversary Proceeding remains subject to transfer, the entry of a scheduling order by this Court presently is not ripe. Upon this Court's disposition of the Motion to Transfer, the parties quickly will be in position to determine whether a scheduling order is required to be entered by this Court and, if so, to negotiate same.

Respectfully submitted,

*/s/ Adam G. Landis*
Adam G. Landis

AGL/dkk
cc: Counsel of Record, via ECF

{782.002-W0050944.2}