# EXHIBIT "A"

{01296912;v1 }

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RCS CAPITAL CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10223(MFW)<br><br>(Jointly Administered) |
| RCS Creditor Trust,<br>            Plaintiff,<br><br>vs.<br><br>Schulte Roth & Zabel LLP,<br>            Defendant. | Adv. No. 18-50204 (MFW) |

## ORDER APPROVING STIPULATION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

AND NOW upon consideration of the *Stipulation for Extension of Scheduling Order Deadlines* (the "Stipulation") between the RCS Creditor Trust (the "Plaintiff") and Schulte Roth & Zabel LLP (the "Defendant" and, together with Plaintiff, the "Parties") attached hereto as Exhibit "1"; the Court having determined that no further notice of the Stipulation must be given; it is hereby

**ORDERED** that the Stipulation is hereby **APPROVED**; and it is

**FURTHER ORDERED** that all fact discovery shall be completed no later than January 2, 2019; and it is

**FURTHER ORDERED** that the parties shall provide expert reports for any issue on which they bear the burden of proof, not including any report by Plaintiff on insolvency of the Debtor, by February 1, 2019. If the Defendant intends to provide expert testimony regarding the insolvency of the Debtors, any such expert report must be provided by February 1, 2019. Any expert report by Plaintiff on the insolvency of the Debtors, as well as any Parties' expert report intended to rebut any other expert report, shall be provided by March 8, 2019. Defendant shall provide any expert

{01296912;v1 }

report intended to rebut any report on insolvency by Plaintiff by March 22, 2019. All reports shall provide the information required by Fed.R.Civ.P 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, by April 9, 2019; and it is

**FURTHER ORDERED** that, pursuant to the General Order Regarding Procedures in Adversary Proceedings entered by the Honorable Mary F. Walrath on April 7, 2004, no later than October 2, 2018, the parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding; and it is

**FURTHER ORDERED** that all dispositive motions shall be filed and served by April 23, 2019 and shall be subject to Del. Bankr. L.R. 7007.

# EXHIBIT "1"

{782.001-W0051990.}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RCS CAPITAL CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-10223(MFW)<br><br>(Jointly Administered) |
| RCS Creditor Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Schulte Roth & Zabel LLP,<br><br>Defendant. | Adv. No. 18-50204 (MFW) |

## STIPULATION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

The RCS Creditor Trust, (the "Plaintiff") and Schulte Roth & Zabel LLP (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation for Extension of Scheduling Order Deadlines* (the "Stipulation") and hereby stipulate and agree that the following deadlines contained in the current scheduling order (the "Scheduling Order") are extended sixty (60) days as follows:

1. All fact discovery shall be completed no later than January 2, 2019.

2. The parties shall provide expert reports for any issue on which they bear the burden of proof, not including any report by Plaintiff on insolvency of the Debtor, by February 1, 2019. If the Defendant intends to provide expert testimony regarding the insolvency of the Debtors, any such expert report must be provided by February 1, 2019. Any expert report by Plaintiff on the

---

[1] The "RCS Debtors" in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: RCS Capital Corporation (4716); American National Stock Transfer, LLC (3206); Braves Acquisition, LLC (6437); DirectVest, LLC (9461); J.P. Turner & Company Capital Management, LLC (7535); RCS Advisory Services, LLC (4319); RCS Capital Holdings, LLC (9238); Realty Capital Securities, LLC (0821); SBSI Insurance Agency of Texas Inc. (9203); SK Research LLC (4613); Trupoly, LLC (5836); and We R Crowdfunding, LLC (9785). The RCS Debtors' corporate headquarters and mailing address is located at 245 Parle Avenue, 39th Floor, New York, NY 10167.

insolvency of the Debtors, as well as any Parties' expert report intended to rebut any other expert report, shall be provided by March 8, 2019. Defendant shall provide any expert report intended to rebut any report on insolvency by Plaintiff by March 22, 2019. All reports shall provide the information required by Fed.R.Civ.P 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, by April 9, 2019.

3. Pursuant to the General Order Regarding Procedures in Adversary Proceedings entered by the Honorable Mary F. Walrath on April 7, 2004, no later than October 2, 2018, the parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding.

4. All dispositive motions shall be filed and served by April 23, 2019 and shall be subject to Del. Bankr. L.R. 7007.

| | |
|---|---|
| Dated: August 3, 2018 | Dated: August 3, 2018 |
| Gellert Scali Busenkell & Brown, LLC. | Landis Rath & Cobb LLP |
| */s/ Ronald S. Gellert* <br> Ronald S. Gellert (No. 4259) <br> 1201 N. Orange Street, Suite 300 <br> Wilmington, DE 19801 <br> Telephone: (302) 425-5806 <br> Fax : (302) 425-5814 <br> Email: rgellert@gsbblaw.com | */s/ Rebecca L. Butcher* <br> Adam G. Landis (No. 3407) <br> Rebecca L. Butcher (No. 3816) <br> 919 Market Street <br> Suite 1800 <br> Wilmington, DE 19801 <br> Telephone: (302) 467-4400 <br> Fax: (302) 467-4450 |
| *- and -* | *Attorneys for Defendant* |
| Joseph L. Steinfeld, Jr. <br> MN SBN 0266292 <br> ASK LLP <br> 2600 Eagan Woods Drive, Suite 400 <br> St. Paul, MN 55121 <br> Telephone: (651)-289-3850 <br> Fax: (651) 406-9676 <br> Email: jsteinfeld@ask1lp.com | |
| *-and-* | |
| Edward E. Neiger <br> Marianna Udem NY SBN 4543245 <br> 151 West 46th Street, 4th Fl. <br> New York, NY 10036 <br> Telephone: (212) 267-7342 <br> Fax: (212) 918-3427 <br> Email: mudem@askllp.com | |
| *Counsel for the RCS Creditor Trust* | |